**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| TERRY L. RANGE | * | |
| | * | |
| Plaintiff | * | |
| v. | * | |
| | * | No. 3:25-cv-00025-JJV |
| MAMMOTH SPRING SCHOOL DISTRICT | * | |
| | * | |
| | * | |
| Defendant | * | |

**<u>JUDGMENT</u>**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED.

DATED this18th day of September 2026.

JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE